249 So.2d 210

**Eligia Gentlemen KADLEC et al.**

v.

**STATE FARM MUTUAL AUTOMOBILE INSURANCE CO. et al.**

**No. 51546.**

June 28, 1971.

In re: John F. Jones and State Farm Mutual Automobile Insurance Company applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Rapides. 247 So.2d 586.

Writ refused. On the facts found by the Court of Appeal, the result is correct.

■

249 So.2d 211

**Succession of Marshall Henry COILE.**

**No. 51548.**

June 28, 1971.

In re: Vernon James Coile applying for certiorari, or writ of review, to the Court

of Appeal, Second Circuit, Parish of Webster. 247 So.2d 668.

Writ refused. On the facts found by the Court of Appeal there is no error of law in its judgment.